No. 82–5272. GENSON v. RIPLEY ET AL. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE and JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

OCTOBER 18, 1982

No. 82–105. CALIFORNIA ET AL. v. KEENAN. Appeal from Sup. Ct. Cal. Motion of appellee for leave to proceed *in forma pauperis* granted. Appeal dismissed for want of substantial federal question.